to the practice of law. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Sept. 17, 2009.)

In the Matter of RACHEL FOSTER BOND, an Attorney, Resignor. [885 NYS2d 659]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Scudder, P.J. Hurlbutt, Martoche, Green and Pine, JJ. (Filed Aug. 18, 2009.)

In the Matter of LOIS VARISCO KELLY, an Attorney, Resignor. [885 NYS2d 660]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Sept. 3, 2009.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HENDERSON, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL L. MCNEAR, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Carni and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SHAW, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Carni and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LLOYD E. BARKER, Appellant. [886 NYS2d 64]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Smith, Centra and Carni, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN K. WILLIAMS, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Green, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY HOLIFIELD, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL GAFFNEY, Appellant. [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Smith and Gorski, JJ.

In the Matter of SEPHORA K. DAVIS, Petitioner, v JOAN S. KOHOUT, as Acting Livingston County Court Judge, et al.,